UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

LAURA MARCHESE,

      Plaintiff,

                                  CASE NO.: 2:16-cv-142-FtM-99MRM

vs.

DOLGENCORP, LLC., a foreign
limited liability company,

      Defendant.
_____/

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to the Federal Rules of Civil Procedure, Plaintiff stipulates to the dismissal of her claims with prejudice.

Dated this 8th day of March 2016.

                                  Respectfully submitted,

                                  **/s RICHARD CELLER**
                                  RICHARD CELLER, ESQ.
                                  Florida Bar No.0173370
                                  RICHARD CELLER LEGAL, P.A.
                                  7450 Griffin Road, Suite 230
                                  Davie, Florida 33314
                                  Telephone: (866) 344-9243
                                  Facsimile: (954) 337-2771
                                  E-mail: richard@floridaovertimelawyer.com

*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a copy via U.S. Mail to:

DOLGENCORP, LLC,
CORPORATION SERVICE COMPANY - REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FL 32301

**/s Richard Celler, Esq.**
Richard Celler, Esq